IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LORA LEE NEROES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CASE NO. 3:19-cv-2277-G-BK |
| | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the plaintiff's construed motion for summary judgment is GRANTED, the defendant's Cross-Motion for Summary Judgment is DENIED, and the Commissioner's decision is REVERSED AND REMANDED for further proceedings consistent with the Magistrate Judge's opinion.

**SO ORDERED.**

December 16, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**